## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KEVIN HUTSON, Reg. #25362-009                                                                PLAINTIFF

v.                                        NO. 1:16CV0063 JLH/JTR

IZARD COUNTY DETENTION FACILITY, et al.                                          DEFENDANTS

### JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and it is certified that an *in forma* pauperis appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 1st day of August, 2016.

                                                                       _____
                                                                       J. LEON HOLMES
                                                                       UNITED STATES DISTRICT JUDGE